UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEMONDRE L. WILLIAMS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　Respondent. | No. EDCV 16-02204-MWF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (Dkt. 1), Respondent's Answer to the Petition (Dkt. 11), Petitioner's Traverse (Dkt. 21), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 37). No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: March 13, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge