UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEMONDRE L. WILLIAMS, | No. EDCV 16-02204-MWF (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: March 13, 2019

MICHAEL W. FITZGERALD
United States District Judge